UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

_____/

DAVID GARRISON,

    Plaintiff,

-vs-                                    Case No:  1:16-cv-147

DANN OCEAN TOWING, INC.,

    Defendant.

_____/

## MOTION TO TRANSFER

NOW COMES Plaintiff seeking a transfer of this case to the United States District Court for the Middle District of Florida, Tampa Division for the reason that there exists a forum selection agreement between Plaintiff and his employer requiring that this type of litigation be litigated in any court located in Hillsborough County, Florida.

                                              O'BRYAN BAUN KARAMANIAN

                                              /s/ Dennis M. O'Bryan
                                              Dennis M. O'Bryan
                                              Attorney for Plaintiff
                                              401 S. Old Woodward Ave., Ste. 463
                                              Birmingham, Michigan 48009
                                              (248) 258-6262
                                              (248) 258-6047 - fax
                                              dob@obryanlaw.net

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 1st day of March, 2016 the foregoing was forwarded via electronic mail to:

Allen von Spiegelfeld, Esq.
501 E. Kennedy Blvd., Ste. 1500
Tampa, FL 33602

/s/ Dennis M. O'Bryan
_____